IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AUSTIN INTERNATIONAL, INC.          *
                                    *
        Plaintiff                   *
                                    *   Civil No. 98-2273(SEC)
v.                                  *
                                    *
AMOTECH CORPORATION, et al.         *
                                    *
        Defendants                  *
*************************************

## ORDER

On August 9, 1999 plaintiff Austin International, Inc. filed a motion requesting entry of default against defendant Amotech Corporation **(Docket #7)**. Pursuant to said request, the Clerk of Court entered default against Amotech on even date under Fed.R.Civ.P. 55(a). However, plaintiff has not filed a motion before the Court for the entry of a default judgment pursuant to Rule 55(b). Accordingly, plaintiff is hereby **ORDERED** to file a motion requesting entry of default judgment pursuant to Rule 55(b) by **September 15, 1999.**

**SO ORDERED.**

In San Juan, Puerto Rico, this 1st day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge




AO 72A
(Rev.8/82)