

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

AUSTIN INTERNATIONAL, INC.

    Plaintiff

v.   Civil No. 98-2273(SEC)

AMOTECH CORPORATION, et al.

    Defendants

## DEFAULT JUDGMENT

Pending before the Court is plaintiff Austin International, Inc.'s motion for entry of default judgment **(Docket #9)**. The Clerk of Court entered default against defendant Amotech Corporation. on August 9, 1999 because defendant has failed to answer or otherwise plead in accordance with the Federal Rules of Civil Procedure **(Docket #7)**. Furthermore, it appears that plaintiff has fully complied with the requirements of Fed. R. Civ. P. 55(b). Therefore, plaintiff's motion for entry of default judgment **(Docket #9)** is hereby **GRANTED**.

Pursuant to the above, it is hereby **ORDERED** and **ADJUDGED** that defendant Amotech Corporation **PAY** plaintiff Austin International, Inc. the amount of **one hundred sixty-two thousand six hundred and sixty-two dollars and twenty-two cents ($162,662.22)**, plus accrued legal interest. Judgment is hereby entered accordingly.

**SO ORDERED.**

In San Juan, Puerto Rico, this 17th day of September, 1999.

SALVADOR E. CASELLAS
United States District Judge

AO 72A
(Rev.8/82)